UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY HILL, *Plaintiff*, v. ANTONY BLINKEN, SECRETARY OF STATE, *Defendant*. | Civil Action No. 18-2518 (DLF) |

## JOINT APPENDIX OF ADMINISTRATIVE RECORD CITATIONS IN SUMMARY JUDGMENT MOTIONS

| Description | Page Numbers |
|---|---|
| Grievance Appeal Submission | 0001-187 |
| Motion to Compel Fact Depositions (Excerpt, Grievant's Exhibit L) | 0311-312 |
| Grievant's Supplemental Submission | 0386-734 |
| Agency's Response to Supplemental Submission | 0737-902 |
| Grievant's Rebuttal | 0905-1209 |
| ExecSec Request for Information | 1210-1213 |
| Joint Response to Request for Information | 1214-1218 |
| FSGB Decision | 1219-1271 |
| Grievant's Motion for Reconsideration | 1272-1291 |
| Order – Motion for Reconsideration | 1305-1320 |

Dated:        September 2, 2022

                                              Respectfully submitted,

                                                        */s/*
                                        _____
                                        DAVID WACHTEL
                                        DC Bar #427890
                                        Trister, Ross, Schadler & Gold, PLLC
                                        1666 Connecticut Avenue, N.W.
                                        Fifth Floor
                                        Washington, DC 20009
                                        Phone: (202) 839-4486
                                        Fax: (202) 204-5946
                                        Email: DWachtel@tristerross.com

## **CERTIFICATE OF SERVICE**

  I certify that on this day, September 2, 2022, a true and complete copy of Joint Appendix of Administrative Record Citations in Summary Judgment Motions was filed by CM/ECF with electronic notification to:

Thomas W. Duffey
Assistant United States Attorney
555 Fourth ST. NW
Washington, DC 20530
Thomas.Duffey@usdoj.gov
*Counsel for Defendant*

                  /s/
                  _____
                  David Wachtel, Esq.